# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Justin Joyce, | No. CV-18-01311-PHX-RCC |
| Petitioner, | **ORDER** |
| v. | |
| Berry Larson, et al., | |
| Respondents. | |

On August 1, 2019, Magistrate Judge D. Thomas Ferraro issued a Report and Recommendation ("R&R") in which he recommended the Court dismiss Plaintiff Justin Joyce's Petition Under 28 U.S.C. § 2254 for a Writ of Habeas Corpus by a Person in State Custody (Non-Death Penalty) (Doc. 1). (Doc. 17.) The Magistrate Judge notified the parties they had fourteen (14) days from the date of the R&R to file any objections. This Court then granted Plaintiff's request to extend the deadline for objections, setting a new deadline for September 9, 2019. (Doc. 20.) A week has passed since the extended deadline, and no objections have been filed.

If neither party objects to a magistrate judge's R&R, the District Court is not required to review the magistrate judge's decision under any specified standard of review. *Thomas v. Arn*, 474 U.S. 140, 150 (1985). However, the statute guiding review "does not preclude further review by the district judge, *sua sponte* or at the request of a party, under a *de novo* or any other standard." *Thomas*, 474 U.S. at 154.

Judge Ferraro determined that Petitioner's claims were not filed within the one-year time limit as required under the Antiterrorism and Effective Death Penalty Act of 1996. (Doc. 17.) The Magistrate Judge reasoned that Petitioner failed to file for Post-Conviction Relief within the 90 days from the date he was sentenced; at this point his conviction became final. Petitioner had one year from the date his conviction became final to file his habeas petition (i.e. on or before August 23, 2002). Judge Ferraro noted that Petitioner's habeas was filed on April 30, 2018, over fifteen years late. The Magistrate Judge also found that Petitioner had failed to show that his untimeliness should be excused. The Court finds Judge Ferraro's conclusions well-reasoned.

Accordingly, IT IS ORDERED:

1. Magistrate Judge D. Thomas Ferarro's Report and Recommendation is ADOPTED. (Doc. 17.)
2. Petitioner Justin Joyce's Petition Under 28 U.S.C. § 2254 for a Writ of Habeas Corpus by a Person in State Custody (Non-Death Penalty) is DENIED. (Doc. 1).
3. Should Petitioner choose to file an appeal, the Court declines to issue a certificate of appealability because reasonable jurists would not find the Court's ruling debatable. *See Slack v. McDaniel*, 529 U.S. 473, 484 (2000).
4. The Clerk of Court shall enter judgment accordingly and close the case file in this matter.

Dated this 16th day of September, 2019.

_____
Honorable Raner C. Collins
Senior United States District Judge